

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

**JARRETT B. PERLOW**
CLERK OF COURT

**CLERK'S OFFICE**
202-275-8000

July 23, 2024

2023-1034 - Apple Inc. v. Omni MedSci, Inc.

# NOTICE OF NON-COMPLIANCE

The Entry of Appearance and Combined Petition for Panel Rehearing and Rehearing en Banc submitted by Omni MedSci, Inc. are not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit corrected versions of these documents correcting the following:

**Entry of Appearance**

- Counsel attempting to enter an appearance after the case has been assigned to a merits panel must file a motion for leave to appear. Fed. Cir. R. 47.3(b)(4).

**Petition for Rehearing**

- All counsel whose names appear on a filing must submit an entry of appearance (except for supervisory government officials listed in an ex officio capacity). Fed. Cir. R. 47.3(b)(1). *Clerk's Note: If Timothy P. Maloney and Daniel S. Stringfield are granted leave to appear, they may be included on the petition.*

- The court notes that the contact information for Thomas A. Lewry, John S. LeRoy, and Christopher C. Smith included on the entry of appearance and petition do not match the information on the appearance entered on the docket. Please ensure the corrected document includes up-to-date contact information. If that information differs from the most recent appearance form, please also file an amended appearance as a separate docket entry. Please also update the individual's contact information through the PACER Service Center. Fed. Cir. R. 25(a)(5). Note: a corrected version of this document must still be filed even if the contact information on the document is accurate. *Clerk's Note: The contact information for counsel on the petition is listed as 1000 Town Center, Southfield MI.*

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

By: M. Hull, Deputy Clerk